(106 So. 53)

### Ex parte W. W. PREWITT.   (6 Div. 511.)

(Supreme Court of Alabama.   Oct. 15, 1925. Rehearing Denied Nov. 19, 1925.)

Certiorari to Court of Appeals.

Foster, Rice & Foster, of Tuscaloosa, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J.   Petition of W. W. Prewitt for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Prewitt v. State, 106 So. 52.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.

---

(106 So. 52)

### Ex parte John CHANNELL.   (6 Div. 497.)

(Supreme Court of Alabama.   Oct. 15, 1925. Rehearing Denied Nov. 19, 1925.)

Certiorari to Court of Appeals.

William J. Foster, of Tuscaloosa, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

MILLER, J.   Petition of John Channell for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Channell v. State, 106 So. 52.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.